# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2330
Lower Tribunal No. 21-7444
_____

**Cypress Village Condominium Association, Inc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, for appellant.

Vernis & Bowling of Broward, P.A., Carlton A. Bober, Evan A. Zuckerman (Hollywood), Link & Rockenbach, P.A., Kara Rockenbach Link, and Daniel M. Schwarz (West Palm Beach), for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Citizens Prop. Ins. Corp. v. Zunjic, 126 So. 3d 355, 356 (Fla. 3d DCA 2013) ("Florida law does not require an insurer to participate in appraisal absent a written agreement between the two parties."); Atencio v. U.S. Sec. Ins. Co., 676 So. 2d 489, 490 (Fla. 3d DCA 1996) ("It is well established that, as a general rule, arbitration and appraisal may be required only as to those disputes concerning which the parties have expressly agreed.").